UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Alan B. Kraemer,                                                    CASE NO. 8:10-bk-30731-KRM

    Debtor.
_____/
Alan B. Kraemer

    Plaintiff,
vs.                                                                             Adversary Proceeding No.

United States of America,
Internal Revenue Service,

    Defendant.
_____/

### COMPLAINT TO DETERMINE DISCHARGEABILITY OF TAXES

Debtor, Alan B. Kraemer, by and through his undersigned attorney, files this Complaint to Determine Dischargeability of Taxes pursuant to 11 U.S.C. § 523(a)(1), saying:

### Jurisdiction

1. This adversary proceeding arises out of and relates to the chapter 7 bankruptcy case of Debtor, case number 8:10-bk-30371-KRM, filed on 12/29/2010.

2. This court has jurisdiction by virtue of 11 U.S.C. §§ 106(a), 505(a), 523(a), 507(a)(8) and 727, and 11 U.S.C. §§ 1334 in that the foregoing matter involves the determination of dischargeability of certain debts, to wit tax claims, interest, and penalties. This court also has the authority conferred under 11 U.S.C. § 105 to issue any orders or process necessary and convenient to enforce any previous order made in the

1

interest of preventing interference with the orderly operation of this case and the administration of justice herein This is a core proceeding pursuant to 28 U.S.C. § 157.

### The Parties

3. Defendant, the United States of America, is sued in its capacity as internal revenue collector; specifically, the agency known as the Internal Revenue Service (IRS).

4. The Plaintiff is the Debtor in the above-numbered and titled chapter 7 bankruptcy.

### The Facts

5. Plaintiff filed a petition under chapter 7 of the Bankruptcy Code on 12/29/2010 in the MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION. The case was designated as case number 8:10-bk-30371-KRM.

6. Debtor's schedule E lists certain delinquent personal income tax claims owed to the IRS for the tax years of 1998, 1999, 2000, 2001, 2002, and 2004, including interest and penalties.

7. Debtor owes the United States of America, Internal Revenue Service, for Form 1040 (income) taxes for the following years and amounts:

    a. 1998 - $58,369.09

    b. 1999 - $64,976.99

    c. 2000 - $107,001.07

    d. 2001 - $9,888.48

    e. 2002 - $9,183.87

    f. 2004 - $3,188.46

8. A summary of the amounts owed is set forth in the attached Exhibit "A."

9. Attached hereto as Exhibit "B" are the "Literal Transcripts" for the tax years sought to be determined dischargeable.

10. The taxes scheduled, together with their respective penalties and interest, should be discharged in this chapter 7 in that:

    a. The tax years in question are more than three years prior to the date of filing bankruptcy, and thus are not excepted from discharge under 11 U.S.C. §§ 507(a)(8)(A)(i) or 523(a)(1)(A);

    b. The taxes were assessed more than 240 days prior to the date of filing, and thus are not excepted from discharge under 11 U.S.C. §§ 507(a)(8)(A)(ii) or 523(a)(1)(A);

    c. The tax returns for the specified years were filed more than two years prior to the date of filing, and therefore the taxes at issue are not excepted from discharge under 11 U.S.C. § 523(a)(1)(B);

    d. The tax returns for the relevant years were not fraudulent, and therefore the taxes at issue are not excepted from discharge under 11 U.S.C. § 523(a)(1)(C); and

    e. The Debtor did not engage in a willful attempt to evade or defeat a tax for the relevant tax years, and therefore the taxes are not excepted from discharge under 11 U.S.C. § 523(a)(1)(C).

WHEREFORE, Plaintiff respectfully requests that the Court determine the dischargeability of the subject taxes, together with their respective interest and penalties for the tax years of 1998, 1999, 2000, 2001, 2002 and 2004. Plaintiff further prays for any and all such additional relief as the Court may deem just and appropriate.

Respectfully submitted,

TAMPA BAY BANKRUPTCY CENTER, P.A.

*/s/ Nathan Peters*
Nathan Peters, Esq.
FBN: 0056757
PO Box 2764
Tampa, FL 33601
Tel: (813) 251-2603
Fax: (813) 251-9605
Email: Nathan@tampabankruptcy.pro
Attorney for Plaintiff

4

## EXHIBIT "A"

| Year | Return Filed | Date of Assessment | Date of Tax Lien | Amount Owed |
|---|---|---|---|---|
| 1998 | 9-26-2005 | 9-26-2005 | 3-7-2008 | $58,369.09 |
| 1999 | 10-17-2005 | 10-17-2005 | 3-7-2008 | $64,976.99 |
| 2000 | 10-24-2005 | 10-24-2005 | 3-7-2008 | $107,001.07 |
| 2001 | 10-10-2005 | 2-28-2005 | 3-7-2008 | $9,888.48 |
| 2002 | 8-29-2005 | 8-29-2005 | 3-7-2008 | $9,183.87 |
| 2004 | 9-5-2005 | 9-5-2005 | 3-7-2008 | $3,117.82 |