# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 03-01-2011
Response Date: 03-01-2011
Tracking Number: ▮▮▮▮▮

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 1998

TAXPAYER IDENTIFICATION NUMBER: ▮▮▮-▮▮-4870

ALAN B KRAEMER

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 41,322.84
ACCRUED INTEREST: 17,046.25   AS OF: Mar. 14, 2011
ACCRUED PENALTY: 0.00   AS OF: Mar. 14, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 58,369.09

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 02
FILING STATUS: Head of Household
ADJUSTED GROSS INCOME: 81,480.00
TAXABLE INCOME: 60,908.00
TAX PER RETURN: 24,165.00
SE TAXABLE INCOME TAXPAYER: 70,359.00
SE TAXABLE INCOME SPOUSE: 0.00
TOTAL SELF EMPLOYMENT TAX: 10,522.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Aug. 03, 2005
PROCESSING DATE: Sep. 26, 2005

EXHIBIT B

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed  07211-234-27841-5 | 20053708 | 09-26-2005 | $24,165.00 |
| 806 | W-2 or 1099 withholding | | 04-15-1999 | -$2,095.00 |
| 460 | Extension of time to file ext. Date 08-15-1999 | | 04-15-1999 | $0.00 |
| 166 | Penalty for filing tax return after the due date | 20053708 | 09-26-2005 | $4,965.75 |
| 276 | Penalty for late payment of tax | 20053708 | 09-26-2005 | $5,517.50 |
| 196 | Interest charged for late payment | 20053708 | 09-26-2005 | $13,753.59 |
| 960 | Appointed representative | | 01-16-2006 | $0.00 |

https://la1.www4.irs.gov/PORTAL-PROD/psc/CRM/CUSTOMER/CRM/c/TDS_MENU_I...   3/1/2011

| | | | |
|---|---|---|---|
| 480 | Offer in compromise received | 10-15-2007 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 03-07-2008 | $0.00 |
| 706 | Credit transferred in from 1040 200712 | 07-07-2008 | -$600.00 |
| 481 | Denied offer in compromise | 06-26-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 08-25-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | 08-27-2008 | $0.00 |
| 971 | Collection due process request received timely | 09-10-2008 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | 09-10-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 09-10-2008 | $0.00 |
| 971 | Collection due process request received timely | 09-10-2008 | $0.00 |
| 670 | Payment | 10-28-2008 | -$4,384.00 |
| 960 | Appointed representative | 11-25-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 12-29-2010 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```



This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 03-01-2011
Response Date: 03-01-2011
Tracking Number:

FORM NUMBER: 1040                           TAX PERIOD: Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:                     4870

ALAN KRAEMER

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:              47,285.23
ACCRUED INTEREST:             17,691.76    AS OF: Mar. 14, 2011
ACCRUED PENALTY:                   0.00    AS OF: Mar. 14, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    64,976.99
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:                         01
FILING STATUS:                  Single
ADJUSTED GROSS INCOME:       72,100.00
TAXABLE INCOME:              57,068.00
TAX PER RETURN:              23,592.00
SE TAXABLE INCOME TAXPAYER:  71,622.00
SE TAXABLE INCOME SPOUSE:         0.00
TOTAL SELF EMPLOYMENT TAX:   10,958.00
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Aug. 03, 2005
PROCESSING DATE                                                 Oct. 17, 2005

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>07211-233-49213-5 | 20054008 | 10-17-2005 | $23,592.00 |
| 460 | Extension of time to file ext. Date 08-15-2000 | | 04-15-2000 | $0.00 |
| 460 | Extension of time to file ext. Date 10-15-2000 | | 04-15-2000 | $0.00 |
| 960 | Appointed representative | | 03-31-2005 | $0.00 |
| 176 | Penalty for not pre-paying tax | 20054008 | 10-17-2005 | $1,133.05 |
| 166 | Penalty for filing tax return after the due date | 20054008 | 10-17-2005 | $5,308.20 |
| 276 | Penalty for late payment of tax | 20054008 | 10-17-2005 | $5,898.00 |

| 196 | Interest charged for late payment | 20054008 | 10-17-2005 | $11,353.98 |
| --- | --- | --- | --- | --- |
| 480 | Offer in compromise received | | 10-15-2007 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-07-2008 | $0.00 |
| 481 | Denied offer in compromise | | 06-26-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-25-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 08-27-2008 | $0.00 |
| 971 | Collection due process request received timely | | 09-10-2008 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | | 09-10-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-10-2008 | $0.00 |
| 971 | Collection due process request received timely | | 09-10-2008 | $0.00 |
| 960 | Appointed representative | | 11-25-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 12-29-2010 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
| --- |



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 03-01-2011
Response Date: 03-01-2011
Tracking Number:

## Account Transcript

FORM NUMBER: 1040            TAX PERIOD: Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:            4870

ALAN KRAEMER

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:              77,971.69
ACCRUED INTEREST:             29,029.38    AS OF: Mar. 14, 2011
ACCRUED PENALTY:                   0.00    AS OF: Mar. 14, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):   107,001.07

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                          02
FILING STATUS:                   Single
ADJUSTED GROSS INCOME:       131,709.00
TAXABLE INCOME:              114,871.00
TAX PER RETURN:               42,613.00
SE TAXABLE INCOME TAXPAYER:   79,470.00
SE TAXABLE INCOME SPOUSE:          0.00
TOTAL SELF EMPLOYMENT TAX:    12,322.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Aug. 03, 2005
PROCESSING DATE                                                Oct. 24, 2005

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20054108 | 10-24-2005 | $42,613.00 |
|  | 07211-233-49225-5 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2001 | -$644.00 |
| 960 | Appointed representative | | 03-31-2005 | $0.00 |
| 176 | Penalty for not pre-paying tax | 20054108 | 10-24-2005 | $1,371.39 |
| 166 | Penalty for filing tax return after the due date | 20054108 | 10-24-2005 | $9,443.02 |
| 276 | Penalty for late payment of tax | 20054108 | 10-24-2005 | $10,492.25 |
| 196 | Interest charged for late payment | 20054108 | 10-24-2005 | $14,696.03 |

https://la1.www4.irs.gov/PORTAL-PROD/psc/CRM/CUSTOMER/CRM/c/TDS_MENU_I...    3/1/2011

| | | | |
|---|---|---|---|
| 480 | Offer in compromise received | 10-15-2007 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 03-07-2008 | $0.00 |
| 481 | Denied offer in compromise | 06-26-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 08-25-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | 08-27-2008 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | 09-10-2008 | $0.00 |
| 971 | Collection due process request received timely | 09-10-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 09-10-2008 | $0.00 |
| 971 | Collection due process request received timely | 09-10-2008 | $0.00 |
| 960 | Appointed representative | 11-25-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 12-29-2010 | $0.00 |

This Product Contains Sensitive Taxpayer Data



```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

Request Date: 03-01-2011
Response Date: 03-01-2011
Tracking Number:

FORM NUMBER: 1040A                              TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER:                              -4870

ALAN B KRAEMER

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                       6,959.52
ACCRUED INTEREST:                      2,928.96    AS OF: Mar. 14, 2011
ACCRUED PENALTY:                           0.00    AS OF: Mar. 14, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):         9,888.48

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                  01
FILING STATUS:               Married Filing Separate
ADJUSTED GROSS INCOME:                43,404.00
TAXABLE INCOME:                       35,594.00
TAX PER RETURN:                            0.00
SE TAXABLE INCOME TAXPAYER:           16,056.00
SE TAXABLE INCOME SPOUSE:                  0.00
TOTAL SELF EMPLOYMENT TAX:             2,457.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Jun. 10, 2004
PROCESSING DATE                                                 Jul. 05, 2004

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS 76210-162-02920-4 | | 07-05-2004 | $0.00 |
| 460 | Extension of time to file ext. Date 08-15-2002 | | 04-15-2002 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 04-08-2003 | $0.00 |
| 570 | Additional account action pending | | 07-05-2004 | $0.00 |
| 494 | Final notice before tax is determined for you by IRS (Statutory notice of deficiency) | | 09-21-2004 | $0.00 |
| 170 | Penalty for not pre-paying tax | 20050708 | 02-28-2005 | $168.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2002 | -$3,973.00 |

https://la1.www4.irs.gov/PORTAL-PROD/psc/CRM/CUSTOMER/CRM/c/TDS_MENU_I...    3/1/2011

| | | | | |
|---|---|---|---|---|
| 290 | Additional tax assessed<br>56254-441-64557-5 | 20050708 | 02-28-2005 | $9,725.00 |
| 495 | Tax determination closed | | 02-08-2005 | $0.00 |
| 599 | Tax return filed | | 02-09-2005 | $0.00 |
| 166 | Penalty for filing tax return after the due date | 20050708 | 02-28-2005 | $1,294.20 |
| 196 | Interest charged for late payment | 20050708 | 02-28-2005 | $1,055.92 |
| 276 | Penalty for late payment of tax | 20050708 | 02-28-2005 | $1,006.60 |
| 960 | Appointed representative | | 03-31-2005 | $0.00 |
| 470 | Claim pending | | 08-29-2005 | $0.00 |
| 171 | Reduced or removed penalty for not pre-paying tax | | 02-28-2005 | -$42.13 |
| 173 | Penalty for not pre-paying tax | 20050708 | 02-28-2005 | $42.13 |
| 291 | Prior tax abated<br>19254-662-18055-5 | | 10-10-2005 | -$1,056.00 |
| 472 | Reversed claim processed in error | | 09-15-2005 | $0.00 |
| 599 | Tax return filed | | 08-03-2005 | $0.00 |
| 167 | Reduced or removed penalty for filing tax return after the due date | | 10-10-2005 | -$237.60 |
| 276 | Penalty for late payment of tax | 20061008 | 03-20-2006 | $167.40 |
| 706 | Credit transferred in from<br>1040 200612 | | 04-15-2007 | -$861.00 |
| 480 | Offer in compromise received | | 10-15-2007 | $0.00 |
| 670 | Payment | | 10-04-2007 | -$200.00 |
| 670 | Payment | | 10-04-2007 | -$150.00 |
| 582 | Lien placed on assets due to balance owed | | 03-07-2008 | $0.00 |
| 360 | Fees and other expenses for collection | | 03-31-2008 | $20.00 |
| 481 | Denied offer in compromise | | 06-26-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-25-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 08-27-2008 | $0.00 |
| 971 | Collection due process request received timely | | 09-10-2008 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | | 09-10-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-10-2008 | $0.00 |
| 971 | Collection due process request received timely | | 09-10-2008 | $0.00 |
| 960 | Appointed representative | | 11-25-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 12-29-2010 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 03-01-2011
Response Date: 03-01-2011
Tracking Number:

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER:                         -4870

ALAN B KRAEMER
8915 BRIARWOOD DR
SEMINOLE, FL 33772-2808-154

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:                    6,653.92
ACCRUED INTEREST:                   2,529.95    AS OF: Mar. 14, 2011
ACCRUED PENALTY:                        0.00    AS OF: Mar. 14, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      9,183.87
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:                               01
FILING STATUS:                        Single
ADJUSTED GROSS INCOME:             63,375.00
TAXABLE INCOME:                    55,675.00
TAX PER RETURN:                    12,715.00
SE TAXABLE INCOME TAXPAYER:             0.00
SE TAXABLE INCOME SPOUSE:               0.00
TOTAL SELF EMPLOYMENT TAX:              0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Aug. 03, 2005
PROCESSING DATE                                                 Aug. 29, 2005
```

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20053308 | 08-29-2005 | $12,715.00 |
|  | 07211-211-61112-5 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2003 | -$8,683.00 |
| 140 | Inquiry for non-filing of tax return | | 06-28-2004 | $0.00 |
| 960 | Appointed representative | | 03-31-2005 | $0.00 |
| 170 | Penalty for not pre-paying tax | 20053308 | 08-03-2005 | $103.00 |
| 166 | Penalty for filing tax return after the due | 20053308 | 08-29-2005 | $907.20 |

https://la1.www4.irs.gov/PORTAL-PROD/psc/CRM/CUSTOMER/CRM/c/TDS_MENU_I...    3/1/2011

|     |                                                                                        |                   | date       |          |
|-----|----------------------------------------------------------------------------------------|-------------------|------------|----------|
| 276 | Penalty for late payment of tax                                                        | 20053308          | 08-29-2005 | $584.64  |
| 196 | Interest charged for late payment                                                      | 20053308          | 08-29-2005 | $603.72  |
| 276 | Penalty for late payment of tax                                                        | 20061008          | 03-20-2006 | $262.08  |
| 276 | Penalty for late payment of tax                                                        | 20071008          | 03-19-2007 | $161.28  |
| 480 | Offer in compromise received                                                           |                   | 10-15-2007 | $0.00    |
| 582 | Lien placed on assets due to balance owed                                              |                   | 03-07-2008 | $0.00    |
| 481 | Denied offer in compromise                                                             |                   | 06-26-2008 | $0.00    |
| 971 | Collection due process Notice of Intent to Levy -- issued                              |                   | 08-25-2008 | $0.00    |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed               |                   | 08-27-2008 | $0.00    |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received |                | 09-10-2008 | $0.00    |
| 971 | Collection due process request received timely                                         |                   | 09-10-2008 | $0.00    |
| 520 | Bankruptcy or other legal action filed                                                 |                   | 09-10-2008 | $0.00    |
| 971 | Collection due process request received timely                                         |                   | 09-10-2008 | $0.00    |
| 960 | Appointed representative                                                               |                   | 11-25-2009 | $0.00    |
| 520 | Bankruptcy or other legal action filed                                                 |                   | 12-29-2010 | $0.00    |

```
This Product Contains Sensitive Taxpayer Data
```

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 03-01-2011
Response Date: 03-01-2011
Tracking Number:

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2004

TAXPAYER IDENTIFICATION NUMBER:       -4870

ALAN B KRAEMER
8915 BRIARWOOD DR
SEMINOLE, FL 33772-2808-154

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 2,083.40 | |
| ACCRUED INTEREST: | 795.03 | AS OF: Mar. 14, 2011 |
| ACCRUED PENALTY: | 310.03 | AS OF: Mar. 14, 2011 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    3,188.46

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 23,826.00 |
| TAXABLE INCOME: | 15,876.00 |
| TAX PER RETURN: | 3,299.00 |
| SE TAXABLE INCOME TAXPAYER: | 8,332.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 1,275.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Aug. 03, 2005
PROCESSING DATE    Sep. 05, 2005

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>07221-218-10010-5 | 20053408 | 09-05-2005 | $3,299.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2005 | -$1,420.00 |
| 960 | Appointed representative | | 03-31-2005 | $0.00 |
| 460 | Extension of time to file ext. Date 08-15-2005 | | 04-15-2005 | $0.00 |
| 276 | Penalty for late payment of tax | 20053408 | 09-05-2005 | $46.97 |
| 196 | Interest charged for late payment | 20053408 | 09-05-2005 | $44.69 |

| 276 | Penalty for late payment of tax | 20061008 | 03-20-2006 | $112.74 |
| 480 | Offer in compromise received | | 10-15-2007 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-07-2008 | $0.00 |
| 481 | Denied offer in compromise | | 06-26-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-25-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 08-27-2008 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | | 09-10-2008 | $0.00 |
| 971 | Collection due process request received timely | | 09-10-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-10-2008 | $0.00 |
| 971 | Collection due process request received timely | | 09-10-2008 | $0.00 |
| 960 | Appointed representative | | 11-25-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 12-29-2010 | $0.00 |

This Product Contains Sensitive Taxpayer Data