## CERTIFICATE OF SERVICE

I, _____Nathan Peters_____, certify that I am, and at all times during the
            (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made March 2, 2011 by:
_____
      (date)

☑ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

Internal Revenue Service
Commissioner of IRS
Attn: CC:PA
1111 Constitution Avenue NW
Washington, DC 20224

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:


☐ **Residence Service:** By leaving the process with the following adult at:


☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:


☐ **Publication:** The defendant was served as follows: [Describe briefly]


☐ **State Law:** The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                    (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

_March 2, 2011_____          _____Nathan Peters_____
         Date                                                                Signature

| | |
|---|---|
| Print Name | Nathan Peters |
| Business Address | P.O. Box 2764 |
| City Tampa      State FL      Zip 33601 | |