# CERTIFICATE OF SERVICE

I, _____Nathan Peters_____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
__March 2, 2011_____ by:
(date)

☒ **Mail Service**: Regular, first class United States mail, postage fully pre-paid, addressed to:

    United States Attorney
    Civil Intake Clerk
    400 North Tampa Street
    Suite 3200
    Tampa, FL 33602

☐ **Personal Service**: By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service**: By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication**: The defendant was served as follows: [Describe briefly]

☐ **State Law**: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__March 2, 2011_____          __Nathan Peters_____
Date                                                   Signature

Print Name: Nathan Peters

Business Address: P.O. Box 2764

City: Tampa          State: FL          Zip: 33601