## CERTIFICATE OF SERVICE

I, _____Nathan Peters_____, certify that I am, and at all times during the
           (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_March 2, 2011_____ by:
      (date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Eric H. Holder
U.S. Attorney General
c/o Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_March 2, 2011_____                    _____Nathan Peters_____
         Date                                                              Signature

| | |
|---|---|
| Print Name | Nathan Peters |
| Business Address | P.O. Box 2764 |
| City Tampa | State FL   Zip 33601 |